United States District Court
Southern District of Texas
**ENTERED**
October 19, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARLA MARIE SHEFFIELD, | § § | |
| Petitioner, | § § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-322 |
| WILLIAM STEPHENS, | § § § | |
| Respondent. | § § | |

# ORDER

Petitioner Darla Marie Sheffield (#1769401) ("Petitioner"), a state inmate, has several motions pending before this Court. The Petitioner filed a petition for writ of habeas corpus on September 30, 2014. (Dkt. 1). This case was dismissed on November 18, 2014, because petitioner failed to timely comply with a Court order to submit either an application to proceed *in forma pauperis* or file the $5.00 filing fee. (Dkt. 5). However, Petitioner paid her filing fee on the same day that the order of dismissal was drafted. On August 13, 2015, Petitioner filed a notice of appeal. (Dkt. 16). After careful review of the case, the Court requested that this case be remanded from the Fifth Circuit Court of Appeals to the Southern District of Texas, Galveston Division for further proceedings. (Dkt. 31).

Pending before the Court are Petitioner's Motion for Extension of Time (Dkt. 21), Motion for Extension of Time Compliance (Dkt. 22), Motion and Compensation (Dkt. 25), Motion for Certificate of Appealability (Dkt. 27), and Motion for Certificate of Appealability (Dkt. 30).

In the Motion for Extension of Time (Dkt. 21), Petitioner request for the Court to send her a DKT-13 Form to comply with the filing forms. Petitioner states that a transcript order form

must be filed within 14 days of the filing of the notice of appeal and requests more time because she does not have access to the DKT-13 Form. The Motion for Extension of Time (Dkt. 21) is **DENIED AS MOOT** because on the same day, on August 25, 2015, the Clerk's Office sent the Petitioner the DKT-13 Form.

In the Motion for Extension of Time Compliance (Dkt. 22), Petitioner asks again for the DKT-13 Form and an Original Copy of the Writ of Habeas Corpus and related proceedings. The Motion for Extension of Time Compliance (Dkt. 22) is **DENIED AS MOOT IN PART** and **GRANTED IN PART**. The Clerk's Office has sent the Petitioner the DKT-13 Form.

In the Motion and Compensation (Dkt. 25), the Petitioner is seeking relief or exoneration and compensation for her writ of habeas corpus. The Motion and Compensation (Dkt. 25) is **DENIED**.

In the Motion for Certificate of Appealability (Dkt. 27), Petitioner request the Court to grant her previous extension of time and notifies the Court that she has paid her filing fees. Petitioner also requests for the Court to send her any information of what steps she should take. The Motion for Certificate of Appealability (Dkt. 27) is **DENIED**.

Lastly, in the Motion for Certificate of Appealability (Dkt. 30), the Petitioner requests copies the Notice of Appeal and of the docket entries. The Motion for Certificate of Appealability (Dkt. 30) is **GRANTED**. The Clerk of the Court is **ORDERED** to send Petitioner a copy the docket sheet and a Copy Request Form with fee schedule by regular mail.

**SIGNED** this 14th day of October, 2015.

*/s/ George C. Hanks Jr.*

**GEORGE C. HANKS, JR.**
**UNITED STATES DISTRICT JUDGE**