United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARLA MARIE SHEFFIELD, | § | |
| TDCJ #01769407, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-322 |
| | § | |
| LORIE DAVIS, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Respondent Lorie Davis has filed a motion requesting a two-week extension of her deadline to file a response to Petitioner Darla Sheffield's habeas petition. That motion (Dkt. 60) is **GRANTED**. The new deadline is **September 28, 2016**.

The Clerk will provide a copy of this Order to the parties.

SIGNED at Galveston, Texas, this 14th day of September, 2016.

_____
George C. Hanks Jr.
United States District Judge